UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Fabian Peralta-Malla,

          Petitioner,

-against-

Markwayne Mullin, in his Official Capacity,
Secretary of the U.S. Department of Homeland
Security; Todd Blanche, in his Official Capacity,
Attorney General of the United States; Kenneth
Genalo, in his Official Capacity as New York Field
Office Director for Enforcement and Removal
Operations, U.S. Immigration and Customs
Enforcement; Sheriff Paul Arteta, in his Official
Capacity as the Sheriff of Orange County, NY,

          Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   4/8/2026   |

26 Civ. 2903 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The undersigned ORDERS as follows:  Petitioner's transfer or removal to any location outside the geographic operation of Immigration and Custom Enforcement's New York field office is ADMINISTRATIVELY STAYED pending further order of the Court.  The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated: April 8, 2026
     New York, New York

_____
ANALISA TORRES
United States District Judge