UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Fabian Peralta-Malla,

                        Petitioner,

         -against-

Markwayne Mullin, in his Official Capacity, Secretary of the U.S. Department of Homeland Security; Todd Blanche, in his Official Capacity, Attorney General of the United States; Kenneth Genalo, in his Official Capacity as New York Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; Sheriff Paul Arteta, in his Official Capacity as the Sheriff of Orange County, NY,

                        Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  __4/29/2026__ |

26 Civ. 2903 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' briefing in this matter.  *See* ECF Nos. 5–9, 12. Accordingly, by **May 1, 2026**, Respondents shall file a letter addressing:

1.  Whether Petitioner has been formally charged with the offenses described as "Arrest Charges" in his Record of Arrests and Prosecutions ("RAP") Sheet. *See* ECF No. 9-2.  If so, Respondents shall file a copy of the charging document and state the date Petitioner was (or will be) arraigned on those charges.

2.  Whether Petitioner is entitled to a bond hearing at which the government has the burden of demonstrating that Petitioner is dangerous or a flight risk.  *See, e.g.*, *Alcantara Guerrero v. Wesling*, No. 26 Civ. 10928, 2026 WL 931503 (D. Mass. Apr. 6, 2026).


      SO ORDERED.

Dated: April 29, 2026
       New York, New York

                                       _____
                                        ANALISA TORRES
                              United States District Judge