UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM FABIAN PERALTA-MALLA,

                    Petitioner,

-against-

MARKWAYNE MULLIN, IN HIS OFFICIAL
CAPACITY, SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY; TODD BLANCHE, IN HIS
OFFICIAL CAPACITY, ATTORNEY
GENERAL OF THE UNITED STATES;
KENNETH GENALO, IN HIS OFFICIAL
CAPACITY AS NEW YORK FIELD OFFICE
DIRECTOR FOR ENFORCEMENT AND
REMOVAL OPERATIONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; SHERIFF PAUL ARTETA,
IN HIS OFFICIAL CAPACITY AS THE
SHERIFF OF ORANGE COUNTY, NY.,

                    Respondents.

26 CIVIL 2903 (AT)

**<u>JUDGMENT</u>**

It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Order dated May 14, 2026, the petition is Granted; The government is ordered to hold a bond hearing before an immigration judge in accordance with this decision by May 21, 2026, or release Peralta-Malla on his own recognizance. At that hearing, the government shall bear the burden of demonstrating by clear and convincing evidence that Peralta-Malla is either a danger to the community or a risk of flight, and the immigration judge must consider his ability to pay for a bond and the alternatives to detention for assuring his appearance. By May 22, 2026, the government shall file a letter certifying its compliance with this order by (i) confirming that the bond hearing was held and that the immigration judge applied the proper legal standard and (ii) stating the outcome of the bond hearing.

**Dated:**   New York, New York
             May 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**
